IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

MASTER LOCK COMPANY LLC

        Plaintiff,

v.

        Case No.

ANTHONY A. HODGE, RILEY B. HODGE,
and HODGE PRODUCTS, INC.

        Defendants.
_____/

## COMPLAINT

NOW COMES Plaintiff, Master Lock Company LLC, ("Plaintiff") by its attorney Honigman LLP for its Complaint against Anthony A. Hodge, Riley B. Hodge, and Hodge Products, Inc. (collectively, "Defendants") and alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action by Master Lock Company LLC to recover the damages it suffered when Hodge Products Inc., Anthony A. Hodge, and Riley B. Hodge, defaulted on various obligations under their commercial agreements with Master Lock Company LLC.

2. Anthony A. Hodge and Riley B. Hodge are subject to enforcement of Personal Guaranty agreements with Master Lock Company LLC that were entered into on March 5, 2024. (*See* Exhibits A and B, respectively).

3. Hodge Products, Inc. is liable to Master Lock Company LLC for its default under various commercial agreements in the amount of $1,107,691.29.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to Plaintiff's claims, including the harm that Defendants have caused and are continuing to cause against Master Lock Company LLC, took place in this district. Additionally, the Personal Guaranty agreements entered into separately by Anthony A. Hodge and Riley B. Hodge with Plaintiff require this dispute to be brought in a court "in the state of Wisconsin sitting in the county of Milwaukee." (*See* Exhibit A and B).

## PARTIES

6. Master Lock Company LLC is a limited liability company with one member, Fortune Brands Outdoors & Security LLC. Fortune Brands Outdoors & Security LLC is a limited liability company with one member, Fortune Brands Innovations, Inc., which is a corporation incorporated and existing under the laws of Delaware with its principal place of business in Deerfield, Illinois.

7. Anthony A. Hodge is a resident of San Diego, California.

8. Riley B. Hodge is a resident of San Diego, California.

9. Hodge Products, Inc. is a corporation incorporated and existing under the laws of California with its principal place of business in San Diego, California.

## FACTUAL ALLEGATIONS

10. Master Lock Company LLC entered into business with Hodge Products Inc. on or before March 5, 2024.

11. Hodge Products, Inc. ordered products from Master Lock Company LLC.

12. Hodge Products, Inc. accepted the goods but did not timely pay for those orders.

13. Through a series of invoices (the "Invoices"), Master Lock Company LLC billed Hodge Products, Inc. for the accepted goods and outstanding amounts.

14. To date, Hodge Products, Inc. has failed to make payment on the Invoices. The total unpaid amount of the Invoices is at least $1,107,691.29 (the "Outstanding Balance").

15. On March 5, 2024, Anthony A. Hodge and Riley B. Hodge entered separate Personal Guarantees with Master Lock Company LLC. (*See* Exhibits A and B, respectively.)

16. During this time, Anthony A. Hodge and Riley B. Hodge guaranteed and failed to ensure the punctual payment of all present and future obligations, liabilities, covenants, and agreements required to be observed, performed, or paid by Hodge Products, Inc., to Master Lock Company LLC per the Personal Guarantees.

## COUNT I
## BREACH OF CONTRACT
(*Against Hodge Products, Inc.*)

17. Plaintiff re-alleges and incorporates by reference all other allegations in the Complaint as if fully set forth herein.

18. Plaintiff and Hodge Products, Inc. are parties to a valid and binding agreement embodied in the orders that Hodge Products, Inc. issued and which Plaintiff fulfilled.

19. Plaintiff performed all of its obligations under the contractual relationship with Hodge Products, Inc., including by shipping all the goods to Hodge Products, Inc.

20. Hodge Products, Inc. breached the agreement embodied in the orders and Invoices by failing to pay the amounts owed under them when those amounts became due.

3

21. As a direct and proximate result of the breach of the orders and Invoices by Hodge Products, Inc., Master Lock Company LLC has been damaged in an amount to be determined by this Court, but no less than $1,107,691.29.

## COUNT II
## BREACH OF CONTRACT
(*Against Anthony A. Hodge and Riley B. Hodge*)

22. Plaintiff re-alleges and incorporates by reference all other allegations in the Complaint as if fully set forth herein.

23. Plaintiff and Anthony A. Hodge and Riley B. Hodge, respectively, were parties to commercial agreements, including, but not limited to, two Personal Guarantees.

24. The Personal Guarantees are valid, binding, and enforceable agreements between Plaintiff and Anthony A. Hodge and Riley B. Hodge.

25. Master Lock Company LLC performed all its obligations under the Personal Guarantees.

26. Anthony A. Hodge and Riley B. Hodge breached their obligations under the Personal Guarantees by refusing to make "punctual payment, when due". (Exhibits A and B).

27. Based upon the actions set forth above, among others, Anthony A. Hodge and Riley B. Hodge have breached each of these agreements including, but not limited to, their implied covenants of good faith and fair dealing.

28. Plaintiff has been damaged as a result of Anthony A. Hodge and Riley B. Hodge's breaches of these agreements.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Master Lock Company LLC, hereby requests judgment in its favor, and against Defendants, as follows:

A. Find that Hodge Products, Inc. breached the parties' agreements by refusing to pay the amounts owed after Master Lock Company LLC fully performed under them and requested payment;

B. Award Master Lock Company LLC the Outstanding Balance, totaling $1,107,691.29, and, without limitation, any additional costs or fees owed to Master Lock Company LLC as a result of Defendants' breach of the parties' agreements;

C. Order Anthony A. Hodge and Riley B. Hodge to specifically perform their obligations under the Personal Guarantees and related agreements, or, in the alternative, pay damages and associated costs to Master Lock Company LLC;

D. Enter judgment in favor of Master Lock Company LLC and against Anthony A. Hodge and Riley B. Hodge on the breach of contract claim asserted in the Complaint;

E. Award damages to Master Lock Company LLC in an amount to be determined after trial; and

F. Award all other relief that is just and proper.

Dated: September 26, 2025

Respectfully submitted,

By: */s/ Timothy G. Parilla*
Timothy G. Parilla
Attorney Bar Number: 6324461
HONIGMAN LLP
321 N. Clark St., Suite 500
Chicago, IL 60654
T: (312) 701-9300
tparilla@honigman.com
*Attorney for Plaintiff*